# EXHIBIT 2

## AGREEMENT WITH RESPECT TO THE ESTABLISHMENT

## OF A VOCATIONAL REGIONAL SCHOOL DISTRICT

This agreement is entered into pursuant to Chapter 94 of the Acts of 1967 by the city of Lowell and the towns of Dracut, Dunstable, Pepperell, and Tyngsborough ( or by the city of Lowell and any two or more of the said towns as shall accept said Chapter 94 of the Acts of 1967 ).

In consideration of the mutual promises herein contained, it is hereby agreed as follows:

Case 1:14-cv-12664-IT   Document 1-4   Filed 06/26/14   Page 3 of 25   PAGE   03/25
08/13/2003  08:05  19784545642        SULLEVAN 00326911D

page 2

SECTION I  THE REGIONAL DISTRICT SCHOOL COMMITTEE

(A)  Composition

Except as otherwise provided in subsection I ( B ), the membership
of the regional district school committee shall be determined in
the following manner.  Any member municipality having a population
of less than 15,000 persons according to the latest federal census
taken in every year divisible by ten shall be entitled to one mem-
ber;  any member municipality having a population of 15,000 or more
persons according to such census shall be entitled to two members;
any member municipality having a population of 30,000 or more per-
sons according to such census shall be entitled to three members;
and proceeding in this manner, 15,000 persons shall be the mean in-
creasing number which shall entitle each member municipality to an
additional member, provided, however, that the city of Lowell shall
not at any time be entitled to more members on the regional district
school committee than the total number of members to which all the
member towns which accept Chapter 94 of the Acts of 1967 are enti-
tled.


(B)  Interim Committee

Within ten days after the establishment of the regional school dis-
trict, the city council of the city of Lowell shall appoint three
members and the moderator of each member town shall appoint three
members to serve on the Committee, all of whom shall have been
members of the regional school district planning board which sub-

mitted this agreement, if such members are available and willing
to serve.  The members so appointed shall serve until their suc-
cessors are elected as provided in subsection I (C) and qualified.


(C) Elected Members

At the annual town elections in 1970, the town of Dracut shall e-
lect two members, one for a term of two years and one for a term
of three years; the towns of Dunstable, Pepperell and Tyngsborough
shall elect one member for a term of three years.  Thereafter in
every year in which the term of office of a member expires, the
member town concerned shall, at its annual town election, elect a
member for a term of three years.  At the regular city election
in 1969 the city of Lowell shall elect the number of members to
which it is entitled in accordance with the provisions of subsec-
tion I (A).  If the said city is entitled to either two or four
members, one half of them shall be elected for a term of four years
and the other half shall be elected for a term of two years;  if it
is entitled to three members, two shall be elected for a term of
four years and one shall be elected for a term of two years; if it
is entitled to five members, three shall be elected for a term of
four years and two shall be elected for a term of two years;  and
thereafter the said city of Lowell, at every biennial election,
shall elect a member or members for a term of four years.


If a member town is entitled to any additional members after any
federal census is taken, such town shall elect such additional

member for a term of three years at its annual town election held
in the second year subsequent to the year in which the census was
taken and at its annual town election held in every third year
thereafter so long as said town is entitled to any such additional
members. If the number of members to which a member town is entit-
led decreases after any federal census is taken the term of office
of any incumbent shall not be affected thereby. If the city of
Lowell is entitled to any additional members after any federal cen-
sus is taken the said city shall elect such additional members for
a term of four years at its regular biennial election held in the
first year subsequent to the year in which the census was taken and
at its regular biennial election held in every fourth year there-
after so long as said city is entitled to such additional members.
If the number of members to which the city of Lowell is entitled
decreases after any federal census is taken the term of office of
any incumbent shall not be affected thereby.

(D) Vacancies

If a vacancy occurs among the members of the Interim Committee described in subsection I(B), such vacancy shall be filled in the same manner as the original appointment. If a vacancy occurs among the members elected by the city of Lowell under subsection I (C), the local school committee members from the said city and the members of the city council, acting jointly, shall appoint a member to serve until the next regular biennial city election, at which election a successor shall be elected to serve for the balance of the unexpired term, if any. If a vacancy occurs among the members elected by the town of Dracut under subsection I.(C), the members of the local school committee, the members of the board of selectmen and the remaining member of the regional district school committee from said town, acting jointly, shall appoint a member to serve until the next annual town election of said town, at which election a successor shall be elected to serve for the balance of the unexpired term, if any. If a vacancy occurs among the members elected by any of the remaining towns under subsection I(C), the members of the local school committee and the mem-

bers of the board of selectmen from the town involved, acting joint-
ly, shall appoint a member to serve until the next annual town elec-
tion of said town, at which election a successor shall be elected to
serve for the balance of the unexpired term, if any.

(E)   Organization and Terms of Office

The term of office of any elected member from a member town
shall commence on April 1 next following the election of such mem-
ber, and the term of office of any elected member from the city of
Lowell shall commence on January 1 next following the election of
such member.  Promptly upon the appointment and qualification of
the Interim Committee and on April 1 of each year thereafter, the
Committee shall organize and choose by ballot a chairman and a vice
chairman from among its own membership.

(F)   Powers and Duties

The Committee shall have all the powers and duties conferred
and imposed upon it by this agreement and such other additional pow-
ers and duties as are specified in Chapter 94 of the Acts of 1967
and any amendments thereof or additions thereto now or hereafter en-
acted, or as may be specified in any other applicable general or
specific law.

(G)   Quorum

The quorum for the transaction of business shall be a majority
of the Committee, but a number less than the majority may adjourn.

## SECTION II   LOCATION OF THE REGIONAL DISTRICT SCHOOL

The regional district school shall be located within the geographical limits of the District and within a radius of five miles from the Lowell Filtration Plant.

## SECTION III   TYPE OF REGIONAL DISTRICT SCHOOL

The regional district school shall be a vocational-technical high school consisting of grades nine through twelve, inclusive. The Committee is hereby authorized to establish and maintain all phases of vocational education, acting as trustees therefor, as are prescribed in Chapter 74 of the General Laws and acts amendatory thereof, in addition thereto or dependent thereon, including extended courses of instruction beyond the secondary level in accordance with the provisions of Section 37 A of said Chapter 74.

SECTION IV   APPORTIONMENT AND PAYMENT OF COSTS INCURRED BY THE
             DISTRICT

(A) Classification of Costs

For the purpose of apportioning assessments levied by the District against the member municipalities, costs shall be divided into two categories; capital costs and operating costs.

(B) Capital Costs

Capital costs shall include all expenses in the nature of capital outlay such as the cost of acquiring land, the cost of constructing, reconstructing, or adding to a school building or buildings, the cost of remodeling or making extraordinary repairs to a school building or buildings, the cost of constructing sewerage systems and sewerage treatment and disposal facilities or the cost of the purchase or use of such systems with a municipality, including without limitation the cost of original equipment and furnishings for such school buildings or additions, plans, architects' and consultants' fees, grading and other costs incidental to placing school buildings and additions, sewerage systems and sewerage treatment and disposal facilities, and any premises related to the foregoing in operating  condition.  Capital costs shall also include payment of principal of and interest on bonds or other obligations issued by the District to finance capital costs.

(C)  Operating Costs

Operating costs shall include all costs not included in capital

costs as defined in subsection IV(B), but including interest on tem-
porary notes issued by the District in anticipation of revenue.

(D)  Apportionment of Capital Costs

Capital costs shall be apportioned among the member municipali-
ties annually in December for the ensuing calendar year on the basis
of school population as hereinafter defined.  For the purpose of
this subsection, school population shall be defined as the number of
pupils residing in a member municipality who are enrolled in grades
one through twelve, inclusive, in any public, private or parochial
school wherever located.  Each member municipality's share of capi-
tal costs for each calendar year shall be determined by computing
the ratio which its school population on October 1 of the year next
preceding the year for which the apportionment is determined bears
to the total school population from all the member municipalities
on the same date.  Capital costs represented by debt service shall
be apportioned as a capital cost of the year in which the debt ser-
vice falls due.

(E)  Apportionment of Operating Costs

All operating costs, except those described in subsection IV(F),
for the first calendar year next following the establishment of the
regional school district and for every calendar year thereafter shall
be apportioned to the member municipalities on the basis of their
respective pupil enrollments in the regional district school.  Each
member municipality's share of such operating costs for each calen-
dar year shall be determined by computing the ratio which that muni-

cipality's pupil enrollment in the regional district school on October 1 of the year next preceding the year for which the apportionment is determined bears to the total pupil enrollments from all the member municipalities in the regional district school on the same date. In computing this apportionment the "persons" referred to in subsection IV (F) shall be excluded. In the event that enrollment in the regional district school has not been accomplished by October 1 of any year, operating costs shall be apportioned in the manner provided in subsection IV (D).

(F) <u>Special Operating Costs</u>

The Committee shall determine the operating costs for each calendar year of any evening trade extension courses or any other types of courses which are offered by the District to persons other than the pupils attending the regular day regional vocational school. Each member municipality's share of such operating costs shall be determined by computing the ratio which that municipality's enrollment of persons in such courses on November 1 of the year next preceding the year for which the apportionment is determined bears to the total enrollment of persons in such courses from all the member municipalities on the same date. In the event that enrollment in such course has not been accomplished by November 1 of any year, such operating costs shall be apportioned in the manner provided in subsection IV (D).

(G) <u>Times of Payment of Apportioned Costs</u>

Each member municipality shall pay to the District in each

year its proportionate share, certified as provided in subsection
V (C), of the capital and operating costs.  Except as otherwise
provided in subsection V (A), the annual share of each member mu-
nicipality shall be paid in such amounts and at such times that at
least the following percentages of such annual share shall be paid
on or before the dates indicated, respectively:

| | |
|---|---|
| April  1 | 25% |
| June 1 | 60% |
| September 15 | 75% |
| November 15 | 100% |

## SECTION V  BUDGET

### (A) Initial Budget

Within sixty days after the initial regional district school committee is organized, it shall prepare a reasonably detailed operating and maintenance budget covering expenses, if any, for the balance of the then calendar year.  Copies of such proposed budget shall be submitted to the chairman of the finance or advisory committee of each member town and to the city manager of the city of Lowell for their consideration.  A budget shall be adopted not earlier than fourteen days but within twenty-one days after the proposed budget has been submitted.  The amount of the said budget shall be apportioned among the member municipalities according  to the provisions of Section IV herein.  The regional district treasurer shall certify to the treasurer of each member municipality its respective share of the said budget.  The sums thus certified shall be payable by the member municipalities to the regional district school committee but only from funds which may be or may have been appropriated by the member municipalities for such purpose.

### (B) Tentative Operating and Maintenance Budget

Thereafter, the Committee shall annually prepare a tentative operating and maintenance budget for the ensuing calendar year, attaching thereto provision for any installment of principal or interest to become due in such year, on any bonds, or other evidence of indebtedness of the District and any other capital costs to be apportioned to the member municipalities.  On or before November

15 the said Committee shall submit to the City Manager of the city
of Lowell and the chairman of the board of selectmen and the chair-
man of the finance or advisory committee  of the member towns a
copy of such tentative operating and maintenance budget which
shall be itemized as follows or be in such further detail as the
regional district school committee may deem advisable:

    1. Administration

    2. Instruction

    3. Other School Services

    4. Operation and Maintenance of Plant

    5. Fixed Charges

    6. Community Services

    7. Acquisition of Fixed Assets

    8. Debt Retirement and Debt Service

    9. Programs with Other Districts and Private Schools

(C)  Final Operating and Maintenance Budget

The Committee shall adopt an annual operating and maintenance
budget, including debt and interest charges and any other current
capital costs as separate items, on or before December 1 for the
ensuing calendar year, and the said Committee shall apportion
the amounts necessary to be raised in order to meet the said bud-
get in accordance with the provisions of subsection IV (D), IV(E),
and IV(F). The amounts so apportioned to each member municipality
shall, prior to December 31 of each year preceding the calendar
year to which said budget relates, be certified by the district
treasurer to the treasurer of each member municipality, and each

municipality shall appropriate the amounts so certified.

SECTION VI  TRANSPORTATION

School transportation shall be provided by the regional school
district and the cost thereof shall be apportioned to the member
municipalities as an operating cost.

SECTION VII AMENDMENTS

(A) Limitations

   This agreement may be amended from time to time in the manner
hereinafter provided, but no amendment shall be made which shall
substantially impair the rights of the holders of any bonds, notes
or other obligations of the District then outstanding, or the
rights of the District to procure the means for payment thereof,
provided that nothing in this section shall prevent the admission
of a new town or towns to the District and the reapportionment
accordingly of capital costs of the district represented by bonds
or notes of the District then outstanding and of interest thereon.

(B) Procedure

   Any proposal for amendment, except a proposal for amendment
providing for the withdrawal of a member municipality ( which
shall be acted upon as provided in Section IX ), may be initiated
by a two-thirds vote of all the members of the Committee or by a
petition signed by 10 per cent of the registered voters of any one
of the member municipalities. In the latter case, said petition
shall contain at the end thereof a certification by the town or
city clerk of such member municipality as to the number of regis-
tered voters in said municipality according to the most recent
voting list and the number of signatures on the petition which ap-
pear to be the names of registered voters of said municipality and
said petition shall be presented to the secretary of the Committee.
In either case, the secretary of the Committee shall mail or de-

liver a notice in writing to the board of selectmen of each of
the member towns and to the city council of Lowell that a pro-
posal to amend this agreement has been made and shall enclose a
copy of such proposal (without the signatures in the case of a
proposal by petition ).  The selectmen of each member town shall
include in the warrant for the next annual or a special town
meeting called for the purpose  an article stating the proposal
or the substance thereof.  Such amendment shall take effect upon
its  acceptance by all of the member municipalities, acceptance
by each town to be by a majority vote at a town meeting as afor-
said and acceptance by the city of Lowell to be by a majority
vote of its city council.

Case 1:14-cv-12664-IT   Document 1-4   Filed 06/26/14   Page 19 of 25

SECTION VIII  ADMISSION OF ADDITIONAL TOWNS TO THE DISTRICT

By an amendment of this agreement adopted under and in accord-
ance with Section VII above, any other town or towns may be admit-
ted to the regional school district upon adoption as therein pro-
vided of such amendment and upon acceptance by the town or towns
seeking admission of the agreement as so amended and also upon com-
pliance with such provisions of law as may be applicable and such
terms as may be set forth in such amendment.

## SECTION IX   WITHDRAWAL

### (A)  Limitations

The withdrawal of a member municipality from the District may be effected by an amendment to this agreement in the manner hereinafter provided by this section.  Any member municipality seeking to withdraw shall, by a majority vote at an annual or special town meeting in the case of a town or by a vote of two thirds of the members in office of the city council in the case of the city of Lowell, request the Committee to draw up an amendment to this agreement setting forth the terms by which such municipality may withdraw from the District, provided that the said municipality shall remain liable to the District for its share of the indebtedness of the District outstanding at the time of such withdrawal, and for interest thereon, to the same extent and in the same manner as though the municipality had not withdrawn from the District.

### (B) Procedure

The clerk of the municipality seeking to withdraw shall notify the Committee in writing that such municipality has voted to request the Committee to draw up an amendment to the agreement (enclosing a certified copy of such vote ).  Thereupon, the Committee shall draw up an amendment to the agreement setting forth such terms of withdrawal as it deems advisable, subject to the limitation contained in subsection VII (A).  The secretary to the Committee shall mail or deliver a notice in writing to the board of selectmen of each member town and to the city council of the city of Lowell that the Committee has drawn up an amendment to the

agreement providing for the withdrawal of a member municipality
( enclosing a copy of such amendment ).  The selectmen of each
member town shall include in the warrant for the next annual or a
special town meeting called for the purpose an article stating the
amendment or the substance thereof.  Such amendment shall take
effect upon its acceptance by all of the member municipalities,
acceptance by each town to be by a majority vote at a town meeting
as aforesaid and acceptance by the city of Lowell to be by a vote
of two thirds of the members in office of its city council.

(C). Cessation of Terms of Office of Withdrawing Municipality's
     Members

     Upon the effective date of withdrawal the terms of office of
all members serving on the regional district school committee from
the withdrawing municipality shall terminate and the total member-
ship of the Committee shall be decreased accordingly.

SECTION X  ADMISSION OF PUPILS RESIDING OUTSIDE THE DISTRICT

The Committee may accept for enrollment in the regional district school pupils from municipalities other than the member municipalities on a tuition basis.  Income received by the District from tuition pupils shall be deducted from the total operating costs in the next annual budget to be prepared after receipt thereof, prior to the apportionment under Section IV to the member municipalities.

SECTION XI   EMPLOYMENT OF TEACHERS AND OTHER PERSONNEL

Every teacher serving at the discretion of the local school
committee of a member municipality of the District ( tenure teach-
er ) whose position is superseded by reason of the establishment
and operation of the regional school district, shall be employed
by the regional district school committee.  Such teacher shall not
aquire tenure in accordance with the provisions of Section 42 B
of Chapter 71 of the General Laws, but shall aquire tenure in the
manner otherwise provided for by law.  Any teacher not serving at
the discretion of the local school committee of a member municipal-
ity of the District ( nontenure teacher ), whose position is super-
seded by reason of the establishment and operation of the regional
school district, shall be given preferred consideration for similar
positions in the district school to the extent that such positions
exist therein.  Any non-teaching employee whose position is super-
seded by reason of the establishment and operation of the regional
school district, shall be given preferred consideration for similar
positions in the district school to the extent that such positions
exist therein.

*Greater Lowell*

## SECTION XII  ENROLLMENT OF PUPILS

Prior to the beginning of each school year the Committee shall determine the enrollment capacity of the district school for the school year.  The Committee may from time to time increase or decrease such enrollment capacity.  A quota of pupils from each municipality who shall be entitled to attend the district school shall be determined by multiplying such enrollment capacity by the fraction which has for a numerator the school population of the member municipality and which has for a denominator the total school population of all the member municipalities. For the purposes of this section "school population" of a member municipality shall be defined as the number of pupils residing therein who were enrolled in grades one through twelve, inclusive, in any public, private or parochial school  wherever located, on the preceding October 1.  In the event that any member municipality does not fill its quota, the available space shall be distributed to the remaining member municipalities or shall be available  for use by tuition pupils from municipalities other than the member municipalities in a manner determined by a majority vote of all the members of the Committee.

08/13/2003 08:06 9784545638 SULLIVAN AND FIELD PAGE 25/25
Case 1:14-cv-12664-IT Document 1-4 Filed 06/26/14 Page 25 of 25

page 24

IN WITNESS WHEREOF, this agreement has been executed as of

the 11th day of May , 1967.

LOWELL, DRACUT, DUNSTABLE,
PEPPERELL AND TYNGSBOROUGH
REGIONAL SCHOOL DISTRICT PLANNING BOARD

_Joseph W. Harne_ Dracut, Mass.

_Ernest A. Mercier_ Dracut Mass

_Frank J. Kawczyk_ Dracut mass

_Daniel C. Whitely_ Gt. Dunstable Mass

_Grant Hancock_ Dunstable, Mass

_Lloyd C. Kibbell_ Dunstable, Mass

_Earl J. Robinson_ Lowell Mass

_____ Lowell Mass

_Brendan J. Harrington_ Lowell Mass

_Walter Kanyosz_ Pepperell Mass

_____ Pepperell Mass

_John F. Vail_ Pepperell, Mass.

_____ Tyngsborough Mass

_Rupert C. Hangrem_ Tyngsboro, Mass

_Francis X. Sullivan_ Tyngsboro, Mass

APPROVED:

The Commonwealth of Massachusetts          The Commonwealth of Massachusetts
      Department of Education                    Emergency Finance Board

BY _Owen B. Kiernan_                        BY _____

      MAY 2 2 1967                                _____

                                                  _____