# EXHIBIT 3



Re-Precincting/Redistricting    Local Re-Precincting    Requirements    Legislative Redistricting    Local    News    Contact Us



**U.S. Census...**

Current Surveys
Website
Boston Regional Office
News Release
Other Census Data



Office of the Secretary of the Commonwealth of Massachusetts

## Middlesex County

Note: Cities appear in all capital letters. Towns are in upper/lower case letters.

| City or Town | 2000 | 2010 | % Change |
|---|---|---|---|
| Acton | 20,331 | 21,924 | 7.84 |
| Arlington | 42,389 | 42,844 | 1.07 |
| Ashby | 2,845 | 3,074 | 8.05 |
| Ashland | 14,674 | 16,593 | 13.08 |
| Ayer | 7,287 | 7,427 | 1.92 |
| Bedford | 12,595 | 13,320 | 5.76 |
| Belmont | 24,194 | 24,729 | 2.21 |
| Billerica | 38,981 | 40,243 | 3.24 |
| Boxborough | 4,868 | 4,996 | 2.63 |
| Burlington | 22,876 | 24,498 | 7.09 |
| CAMBRIDGE | 101,355 | 105,162 | 3.76 |
| Carlisle | 4,717 | 4,852 | 2.86 |
| Chelmsford | 33,858 | 33,802 | -0.17 |
| Concord | 16,993 | 17,668 | 3.97 |
| Dracut | 28,562 | 29,457 | 3.13 |
| Dunstable | 2,829 | 3,179 | 12.37 |
| EVERETT | 38,037 | 41,667 | 9.54 |
| Framingham | 66,910 | 68,318 | 2.10 |
| Groton | 9,547 | 10,646 | 11.51 |
| Holliston | 13,801 | 13,547 | -1.84 |
| Hopkinton | 13,346 | 14,925 | 11.83 |
| Hudson | 18,113 | 19,063 | 5.24 |
| Lexington | 30,355 | 31,394 | 3.42 |
| Lincoln | 8,056 | 6,362 | -21.03 |
| Littleton | 8,184 | 8,924 | 9.04 |
| LOWELL | 105,167 | 106,519 | 1.29 |
| MALDEN | 56,340 | 59,450 | 5.52 |
| MARLBOROUGH | 36,255 | 38,499 | 6.19 |
| Maynard | 10,433 | 10,106 | -3.13 |
| MEDFORD | 55,765 | 56,173 | 0.73 |
| MELROSE | 27,134 | 26,983 | -0.56 |
| Natick | 32,170 | 33,006 | 2.60 |
| NEWTON | 83,829 | 85,146 | 1.57 |
| North Reading | 13,837 | 14,892 | 7.62 |

| Town | 2000 | 2010 | % Change |
|---|---:|---:|---:|
| Pepperell | 11,142 | 11,497 | 3.19 |
| Reading | 23,708 | 24,747 | 4.38 |
| Sherborn | 4,200 | 4,119 | -1.93 |
| Shirley | 6,373 | 7,211 | 13.15 |
| SOMERVILLE | 77,478 | 75,754 | -2.23 |
| Stoneham | 22,219 | 21,437 | -3.52 |
| Stow | 5,902 | 6,590 | 11.66 |
| Sudbury | 16,841 | 17,659 | 4.86 |
| Tewksbury | 28,851 | 28,961 | 0.38 |
| Townsend | 9,198 | 8,926 | -2.96 |
| Tyngsborough | 11,081 | 11,292 | 1.90 |
| Wakefield | 24,804 | 24,932 | 0.52 |
| WALTHAM | 59,226 | 60,632 | 2.37 |
| Watertown | 32,986 | 31,915 | -3.25 |
| Wayland | 13,100 | 12,994 | -0.81 |
| Westford | 20,754 | 21,951 | 5.77 |
| Weston | 11,469 | 11,261 | -1.81 |
| Wilmington | 21,363 | 22,325 | 4.50 |
| Winchester | 20,810 | 21,374 | 2.71 |
| WOBURN | 37,258 | 38,120 | 2.31 |

617-727-0420 · MA2010CENSUS@sec.state.ma.us