# EXHIBIT 5

COMMONWEALTH OF MASSACHUSETTS

CITY OF LOWELL

<u>In City Council</u>

<u>VOTE</u>

Pursuant to Mass. Gen. Laws, c. 71, s.14E, the City Council wishes to adopt one of the five allowable options regarding school district representation on a regional school committee.

------

Adoption of one of the options listed as A through E (attached hereto), will address current deficiencies in the constitutional requirements of the "one person – one vote" principle.

THEREFORE, BE IT VOTED BY THE CITY COUNCIL OF THE CITY OF LOWELL,

That Option C be adopted for its school district representation of the Greater Lowell Regional Vocational School.

In City Council August 13, 2013, Read twice and adopted on roll call vote 9 yeas. So Voted./s/Michael Q. Geary, City Clerk

Approved by City Manager Bernard F. Lynch August 14, 2013.

A true copy
ATTEST:

*/s/ Michael Q. Geary*
Michael Q. Geary
City Clerk


V:voke

OPTIONS REGARDING SCHOOL DISTRICT REPRESENTATION

A. Electing committee members by voters in member communities with each community's representation apportioned according to population;

B. Electing members in district-wide elections to be held at the biennial state elections;

C. Electing members with residency requirements in district-wide elections to be held at the biennial state elections;

D. Weighing the votes of committee members according to the population they represent; and

E. Appointing committee members by locally elected officials such as school board members. Each regional school district shall designate an individual to serve as district clerk.

"A"