# EXHIBIT 8

BOS Minutes
09/10/2013

# BOARD OF SELECTMEN
## MINUTES OF MEETING OF SEPTEMBER 10, 2013

PRESENT: - Cathy Richardson, Chairperson, Joseph DiRocco, Jr., Vice Chairman, Robert O. Cox, Clerk, John J. Zimini, Tony Archinski, Dennis E. Piendak, Town Manager, Glen Edwards, Assistant Town Manager/Planner and Suzanne Noel, Recording Secretary.

Time: The Chairman called the meeting to order at 7:00 p.m.

The Pledge of Allegiance was recited followed by a moment of silence being observed for those who paid the ultimate sacrifice on behalf of this country and for those currently serving in the military particularly in Afghanistan and Iraq. Ms. Richardson also made reference to 911 remembrances since Wednesday is September 11th. Ms. Richardson asked that everyone send their prayers and condolences to the families who lost loved ones at this tragic event and God Bless America.

Warrant Approval: Ms. Richardson stated that everyone should have had a chance to go through the warrants and asked for a motion. A Motion made by Joseph DiRocco to approve and second by Robert O. Cox, to approve. Motion passed unanimously.

Community Input:
Mr. George Dristilliaros - 21 Winter Hill Drive, Dracut Ma.
Tri-board proposal -- over-ride aftermath.
Mr. Dristilliaros stated that he is on the Finance Committee and would strongly encourage a Tri-Board including the BOS, School Committee and the Finance Committee to work on the issues starting in October and go right through until next Town Meeting. Mr. Dristilliaros stated that we all need to work together for the good of the Town. He noted that this is everyone's issue and it is essential for everyone to help the children.

Dr. Michael McNamara - 34 Brox Road, Dracut Ma.
Tri-board proposal – Also would like to convey his thoughts on the override and future plans and encourages a tri-board which was a suggested by a few of the candidates for our future Town Manager. He feels it is important to have all three meet at least quarterly to come to an understanding on what the priorities in this community have to be. Mr. McNamara stated he would certainly put education and public safety at the top. Everyone needs to come to some conclusion on how we can fund them effectively and appropriately in this community. Too many times departments have gone underfunded and we cannot continue in this direction. Need a well thought out plan!
Parker Lease proposal – He asked that due to the attendance of Dr. Scott, Superintendent Stone and a large attendance of school personal would the Board consider making a motion to move the Parker lease proposal ahead in the agenda as a courtesy to the school personal. If this is not possible he understands but out of courtesy would the Board please consider his request.

1

BOS Minutes
09/10/2013

Town Manager's Report:
Mr. Piendak discussed the construction of the New Town Hall and noted that the construction progression is well underway. Though the assistance and support of Lou Desvaris, from Downtownpage.com, the Town was able to have a time lapse camera installed on the back side of the Town Hall facing the construction site. This camera is streamed through the Town Web Site Building Committee page and those wishing can view the progression on the web site. Pictures are taken approximately every minute.

Mr. Piendak discussed the progression of the new automated trash barrels and noted that the new process has only been in effect for two months but are showing that trash content is down 20 ½%. He stated if this trend continues we would save in excess of $100,000 in the next year. The recycling process is also up 30% giving the potential to save dollars in that area which will help assist the budget for the next fiscal year. He also noted that about 100 residents did order an extra cart/barrel and approximately 2,000 bags have been purchased for additional trash. He noted a special thanks to the few local stores like Hannaford, Kenwood Hardware & Dracut Hardware who opted to carry the bags. Mr. Piendak also mentions the disposal of large bulky items and that also is working out well. Assessment is the new trash process is working well. DPW collected over five (5) tons of old trash containers that will be recycled due to this process. Selectman, John J. Zimini asked why some trash was being done manually and not using the mechanical arm. He also asked if this would change.
Mr. Piendak noted that some trash is being handled manually until another truck is purchased, which he believes is on order. The goal is to have it all handled by the mechanical arm in the near future but in order to get the trash picked up on time they have some manually picked.

Mr. Piendak discussed an item that was on the Capital Planning and also proposed by the CPA Committed to purchase a parcel of land at 467 Pleasant Street consisting of approximately four (4) acres that is adjacent to Moynihan field. Town Counsel has worked with representative of the estate to come to an agreement with the Town's appraisal price. If Town Meeting approves appropriation of CPA fund at the November Town Meeting then we would be able to purchase this at a price of $230,000.00. This property would be added to Moynihan field and use for rest room that could not be constructed due to the topography of the existing lot.

Mr. Piendak mentioned that there were two (2) Zoning Article referencing the Monitorial of Medical Marijuana and School Bus Parking location and the Attorney General has granted approval on both.

Mr. Piendak noted that Bridge Street to the Pelham N.H. will be paved Thursday evening or one day next week during the hours of 7:00 p.m. to 5:00 a.m.

Selectman, John J. Zimini asked the Town Manager about the nineteen (19) acres of land for sale on Broadway Road and wanted to know if anyone has reached out to the owner to see what their marketing plans are and if we haven't could we offer our help. Mr. Zimini noted that the sale of this property could generate much needed tax revenue for the Town.
Ms. Richardson stated that Mr. Glen Edwards, ATM & Planner is working on this issue and asked Mr. Edwards to give them an update.

Mr. Edwards stated that it appears that the owner is trying to sell a partial piece of the land and may have to wait until he settles this situation first. He did have some discussion about this property and will continue to keep the Board updated.

Chairperson, Cathy Richardson asked Mr. Piendak to look into some gang type graffiti on the fence behind the car wash and Service Plus on Lakeview Avenue. Also another area is down by Demers coming up Lakeview a few signs along with the Welcome to Dracut sign appear to have been painted with green paint. She asked that these be addressed and cleaned.

PUBLIC HEARINGS

Appointments – Fire Chief, David Brouillette presented an achievement award to Hanna Abramo for the 1st place winner of 2013 Fire Safety Poster Contest for Middlesex County. She went on to the State level and competed there as well. Anyone who would like to view her poster can see it on our web site at www.dracutma.fire/firedept. The Board congratulated Hanna on her wonderful achievement.

AGENDA ITEMS

A motion made by Mr. Zimini to hear Superintendent Stone and the School Committee out of order and seconded by Mr. Joseph DiRocco Jr. Motion passed unanimously.

Parker Avenue School – Discuss and/or approval of lease and financials
Chairperson, Cathy Richardson asked that Superintendent Stone please come up and introduce himself as well as Dr. Scott. Mr. Stone introduced Dr. Chris Scott and noted that Dr. Scott was the Executive Director of Merrimack Special Education. Mr. Stone also mentioned that Dracut was also an active member of this organization.

Superintendent Stone gave an overview of the Parker Avenue School status and his job was to maximize every opportunity on generating revenue for the school/town. The school enrollment was shrinking and there were only seventy-five (75) students slated for the upcoming school year which was not cost effective to keep open. Superintendent Stone stated that the 75 students were place at the Greenmont and Brookside Schools. He noted that the intention of the School Committee all along was to remain in use by having special educations programs at the school. When the school was closed he notified the Town Manager that he would be looking into leasing the Parker Avenue School and cohabitate. At the same time the Collaborative was looking for a location for their students and Dracut was an ideal location which resulted in the lease agreement that the Board has in front of them. Mr. Stone Stressed that his intent was to keep the Parker Avenue in use as a school as we are all aware that our square foot usage for elementary school space is very tight compared to other schools. I and my colleagues are here tonight to answer any and all questions that the Board may have tonight.
Superintendent Stone discussed his Parker Cost Calculations dated August 20, 2013 with regards to the cost of the upkeep and the potential annual net revenue of $123,814.00 per year on a five (5) year lease. This could flex with utilities bills through the years.

3

BOS Minutes
09/10/2013

Attorney Hall reviewed the lease to see if the Town should or should not go into an agreement with the Collaborative and noted that he understands that this lease probably took months with a lot of give and take but in the end he does have a few issues in particular three (3) keys concerns. Mr. Hall noted he give a six page response to the Selectmen on modifications/corrections that need to be addressed. Mr. Hall noted that he would not go through the six pages but will address three (3) major concerns.

1. Global Indemnity! Would never and has never let the Town of Dracut enter into an indemnity clause. Land Lord in global fashion stating that anything goes wrong with the building, leaks, furnace, major repairs, lead paint, boiler repairs etc. Dracut has to fix it no matter what the cost. If the Collaborative moved to another location like Tewksbury until the repairs were addressed then Dracut would be responsible for the rental of another location under the lease, as it is written. Mr. Halls does feel this could be worked out and modified but as is would not advise the Town to sign.
2. Out of lease need cap as well. What if the Town does not have the money to fix or alter the building according to State Regulations i.e. ADA accessible, major repair or new heating system, etc., now town is ordered to fix and there is money.
A Cap on the amount of repairs could get them out of the lease if this were the case.
3. Finances do not include all. Like legal fees, insurance, repair, maintenance fees, etc.

Attorney Hall stated that these issues can be fixed or agreed upon but as it reads now he does have issues with the contract. Custodial figures are low and are probably twice that figure.
Very confident that they could work together and modify the lease to work for all parties. Superintendent Stone stated that this lease was no etched in stone and he could bring back to Merrimack Special Education Collaborative (MSEC) to modify.
Dr. Scott (MSEC) assured the Board members that they are willing to work through these details and she is only trying to find a win-win situation for both sides.
Chairperson, Cathy Richardson asked Dr. Scott if she would explain the Collaborative for those who are not familiar with the organization.
Dr. Scott noted that the Collaborative core mission is to serve the students of special needs and give them a high quality program at a lower cost. Currently have 500 students in the Collaborative which is one of the largest in the State. The goal of the Collaborative isn't to make money but to supply a quality school system for children with special needs. She explained how the Parker School, although they will be co-habituating is the perfect location and space to partner with Dracut. This location would be serving the middle school level for now and may expand to other higher grade levels in the future. When they went out to bid for locations they took into consideration that 300 of the 500 students are not in the district they come as far away as New Hampshire, Boston, etc. Everyone has to understand they are ½ hospitals and ½ school and need specialized space; it is not like filling a classroom with 25-30 children. The Collaborative did find an ideal location to build but were looking at a 20 million dollar mortgage and that is too steep due to the fact that their revenue is generated by enrollment count and not funded under Chapter 70 making a lease option the ideal situation. It is most advantageous to partner with our member district so the revenue stream is going back to our district and our organization really wants it to work with Dracut. She also mentioned the transportation cost which is sometimes higher than the tuition cost.

4

Ms. Richardson asked how many Dracut Middle School children we have in the program.
Mr. Stone stated that it varies but at the moment we only have one (1) in the Middle School.
Mr. Stone noted that the Town right now pays approximately a Million Dollars to the Collaborative and it would be nice to put some of the monies back in the Town School budget which we all know is needed. The transportation cost alone would be a huge saving
Ms. Richardson asked where some of the other Collaborative locations in this area are.
Dr. Scott said they are in Chelmsford, Billerica, North Middlesex, Nashoba, Tyngsboro, Tewksbury, Westford and Groton.
Mr. Archinski asked if this worked out could this be set as and enterprise account so we could see/track how much cost, what type of expenditures, etc. or who would this have to be done by the school. Mr. Piendak noted that if it could be done, then it would have to be a Town Meeting authorized. He stated that the Town did have a similar situation but not an enterprise fund but an Ambulance Company that leased the building but we did not supply any other services.
Mr. Archinski also asked Dr. Scott if they were willing to lease with the option to buy or buy the building rather than leasing. (Yes) Mr. Archinski stated so we could negotiate a lease with the option to buy. She stated that that would have to go through the Collaborative but noted that they would be co-habituating right now so buying or leasing with the option to buy was never discussed. Not sure where this thought came from but it could be brought back to their Board.
Mr. Archinski asked if the whole school would have to be brought up to ADA compliance.
No, not changing the original use as a school.

Selectman John Zimini noted that everyone knows his opinion on the Town being a landlord and feels there are way too many liabilities. He noted that selling the building would be more beneficial to the Town and will not vote for the leasing of any Town building. Mr. Zimini made it clear that he too wants what is best for the children and is well aware that the Collaborative is a great program but would rather be sold leased. Mr. Zimini asked Attorney Hall about the ADA regulations and asked if they alter or modify the build wouldn't the Town be required to bring the entire building up today's codes. The Town already is facing and still in a court situation for not being ADA compliant and could be fined considerable amounts of money. He would not want the Town to face the same situation.
Attorney Hall sated he was not sure and mentions that if the values of your improvement reach 30% of the assessed value of the property then you can reach the danger zone. Don't really know, the Town thought they were all set with the older town buildings and got hit with huge law suits, fines, etc. He also mentioned another import issue with regards to being ADA compliant. What happens if a parent feels that the property is less than adequate for their child and files a lawsuit then the Town could be faced with complaints, attorney fees, settlements, etc.?
Mr. Zimini asked how many of our children are in the program. Is it only one?
Dr. Scott and Superintendent Stone stated that one (1) in this level out of twenty-six (26).
The Goal is to have 5th and 6th grade students in this school in the future but need to remember we only have one (1) at the moment but the numbers vary with the needs of the students.
Mr. Zimini asked what the cost of tuition per child.
Dr. Scott noted that it varies anywhere from the high $30,000 - $60,000 per student.
Mr. Zimini asked about transportation cost and if they had a new student enroll tomorrow what would be the cost of the transportation. Mr. Stone stated that it could vary depending on situation of just adding a student to existing van or having to have a new an additional one.

BOS Minutes
09/10/2013

Mr. Stone stated that he could get the cost tomorrow if the Board would like this information.
Mr. DiRocco asked what space the Collaborative would be occupying and what would be used by Dracut students.
Mr. Stone stated MSEC would be using the computer lab, teachers' lounge and entire first floor and Dracut would be using second floor for their students.
Mr. DiRocco questioned if this was a good idea having them in the same building.
Dr. Stone said this is an ideal situation and she already works close with the Dracut schools.
Mr. DiRocco noted that before the Board can move forward to approve or deny they would have to have the structural questions and building codes answered. He noted that this Board has to take into consideration of everyone involved not just the Town.
Town Manager, Dennis Piendak noted the Town does have a consultant they have used previously and it may be worth the Board having him work with Attorney Hall on these issues.
Ms. Richardson agrees this may alleviate some of the concerns that this Board is having.
Mr. Zimini still not in favor and concerned about the Town's liabilities and costs.
Andy Graham spoke about the maintenance of the building and stated that his group accommodates the school district now and this would not be any different. He also stated that the labor would be reimbursed by the Collaborative, for the changes, that have to be made for the building. Mr. Zimini stated that is not stated in the contract and would need to be addressed.
Mr. Stone said that can be discussed with the MSEC.
Dr. Scott noted that MSEC do want to be in our school and doesn't want Dracut to feel that labor is not covered for alterations and can be worked in the lease agreement.
Mr. Zimini stated why the utilities can't be the responsibilities of the leaser.
Mr. Archinski noted that before any more time and money is spent on this request the Board should see if they would like to move forward.
A motion by Selectman Archinski to have Attorney Hall and the Collaborative go over the issues, concerns and modifications that was discussed this evening and get back to the Board at the September 24, 2013 meeting and seconded by Selectman Robert Cox.
Discussion on the motion: Selectman Joseph DiRocco, Jr. stated that we need to be specific what we are voting on and is the questions about liability, law suits, profits, ADA, etc. included in this motion. Selectmen Tony Archinski stated that there are not a lot of hurdles to overcome and he thinks we should move forward with this motion. Cathy Richardson stated maybe we want to amend the motion. Selectmen Zimini stated that he is still a no he does not want to be a landlord. Selectman Archinski stated that he is requesting to clear the issues with the Collaborative and Attorney Hall's concerns before the Town spends any money on the Parker Avenue. Cathy Richardson noted that MSCA does serve a gift to the children and Superintendents Stone has worked very hard seeing to Dracut's Special Education Programs. Selectman's Cox noted that we should at least let Attorney Hall and the Collaborative discuss the lease and maybe we can come to terms.
The Board voted 4 – 1 with Mr. Zimini not in favor.

Vocational School District Representation
Mr. Victor Olsen spoke about the Vocational School District representation and stated that if we keep it the way it is now then Lowell could decide who represents Dracut. The Board asked why they would have to change the way it is currently and asked Attorney Hall for his professional opinion. Attorney Hall handed the members a document referencing case law, Keller v Southeastern Regional Vocational Technical High School District.

6

BOS Minutes
09/10/2013

The Board was presented with five (5) options that they could vote on with regards to this situation. The Board was not entirely in agreement with each other but tended to leans towards number 4 (Weighing the votes of Committee Members according to the population they represent) and number 5 (Appointing committee members by locally elected officials such as school board members. Each Regional School District shall designate and individual to serve as district clerk.). Mr. Olsen stated that he likes the way that it is now and knows that the Board has to do what is best for the children. Selectmen Tony Archinski stated that he has two children in the school and this issue is very important. He is more inclined to be in favor of #4 which he feels does not take away the power of the voter rather than letting some other Board appoint the position. Mr. DiRocco noted that he is all about the education and the children and everyone needs to consider what is best for the children. He noted that having the School Committee choose the representative is not new; it is done in the Boston school system, and works well. Attorney Hall stated that he will do whatever the Board chooses.
A motion to adopt #5 and have the School Committee designate an individual to serve as District Clerk was made by Mr. Joseph DiRocco Jr. and seconded by Mr. Robert Cox.
The Board voted 4-1 with Mr. Tony Archinski not in favor.

Corinne C. Hickey – Request for 6 one-day liquor licenses
For dinner/cabaret show "Forever Plaid" – October 25, 26, 27 & November 1, 2 & 3…*pages 1-3*
A motion to approve six (6) one-day liquor licenses for the dinner/cabaret show made by Joseph DiRocco, Jr., Vice Chairman to approve and seconded by Mr. Robert Cox. Discussion on the motion, Mr. DiRocco stated this is the same as last year's request and he see no problem approving this motion. Motion passed unanimously.

Traffic Sign Location Request
Stop Sign for Spring Lane @ Scott Street north and south.
A motion to approve was made by Joseph DiRocco, Jr., Vice Chairman and seconded by Selectman, Archinski. The Motion passed unanimously.

Selectman Archinski requested that Town Manager have proper department install a four way STOP Sign @ Cross and Elm Street. Mr. Archinski noted that he asked to have this on the agenda to get the process started.

Open Space Committee
Selectman Tony Archinski made a motion to change the Open Space Committee from seven (7) permanent and two (2) alternates to nine (9) permanent members and seconded by Selectman John J. Zimini. Discussion on the motion: Mr. Archinski stated that they have a very active and hard-working Board consisting of eight (8) members and would like them all to be permanent. Town Manager, Dennis Piendak stated that the committee right now has 8 members and they should post that they are looking for an additional member especially if they want nine (9) permanent. Mr. Archinski asked if the Town Manager could appoint Mr. Bruce Cote who is the alternate a permanent member now. Town Manager stated it would have to be done later once or if the motion is approved. The motion passed unanimously.

7

BOS Minutes
09/10/2013

Proper Utility Companies
Selectman Tony Archinski request Town Manager to arrange a meeting with proper utility companies to report on the status of double utility pole eradication program or process and discuss any other pertinent issues. Mr. Archinski stated that he received a complaint/request from a tax payer/homeowner in Dracut with regards to a double pole on Hunting & Passaconaway. He noted that this property was immaculate and right in the center of this man's yard is these two horrendous poles. It is very important to the homeowner to have the poles removed and asked what the process was for removal. Mr. Piendak stated there are several double poles throughout the Town and unfortunately this was not a priority. Mr. Archinski stated that he has currently traveled through the Town and could not believe how many there were. He stated unfortunately some are not an eye sore or in the middle of someone's property and surely they can look into getting these particular two removed. Mr. Piendak stated that the majority of these are owned by Verizon and National Grid and he will work on contacting companies involved and request they come to a meeting and move this request along.

Estogo Inc. d/b/a Lin Garden,
A request was made by Christopher E. Coleman, Esq., Pc to change the current name of Lin Garden to Yujo Restaurant meaning friendship. Representing the office was Andrea Kor who Noted that it is temporarily closed for remodeling.
Selectman Zimini asked if this would be the same operations as Lin Garden. Yes.
Selectman DiRocco questioned the hours of operation.
Ms. Kor said the license states they open until 2:00 a.m. and opens at 11:30 a.m.
Mr. Piendak noted that the form they are looking at is a general form from the Building Department and the license is the correct time. Mr. DiRocco stated that unless there were any restrictions then he would be inclined to move forward with a motion. Mr. Piendak stated that there were no restrictions on the license. A motion to change the name of Lin Garden to Yujo Restaurant was made by Joseph DiRocco, Jr., Vice Chairman and seconded by Selectman John Zimini. The Board voted unanimously to approve.

40B Site Letter Approval on 75 Pemberton Street indicated that the owner is looking to build four (4) units on this property with one (1) being affordable. Selectman Zimini noted that there was a conflict of interest on his part and removed himself from the meeting. Mr. Glen Edwards gave an overview of this property to the Board. This property was denied a permit to build a single family home, by the building inspector, even though it was a big enough lot. The property was sub-divided making the piece of the property with the home on it infectious/non-conforming. The owner/petitioner did appeal the decision but it was upheld by the Zoning Board of Appeals. The owner then appealed the decision of the Building Inspector and Zoning Board of Appeals in Superior Court and Appellate Court and lost both appeals.
Attorney Hall noted that this property has been brought before the courts and was denied a single family home by the Superior Court & Appellate Court and if we don't send MA Housing a letter explain why the Town thinks they should not be allow any building on this property. Remember the State does not care about zoning issues but may take into considerations that this property has already lost two appeals in court due to infectious land.
The BOS asked why they would approve a 40B site when this property has already been denied a building permit due to the infectious status of the land.

8

BOS Minutes
09/10/2013

ATM/Planner Glen Edwards noted that the Board would need to write a letter to MA Housing stating why they would not be inclined to allow anyone to build a 40B or any building on this lot due to past history. Mr. Edwards stated the clock is ticking so a letter should be done immediately if this is the direction they are pursuing. A motion to have Assistant Town Manager, Glen Edwards write a letter to MA Housing asking to deny this request to build on 75 Pemberton Street was made by Mr. Joseph DiRocco, Jr. and seconded by Mr. Tony Archinski. The Motion passed unanimously. Selectman Zimini was removed and abstained from vote.

Sub-Committee Report to Board was made by Mr. Joseph DiRocco Jr., and Vice Chairman, Robert O. Cox with regards to Dracut Housing Authority. Mr. DiRocco and Mr. Cox discussed the need of housing and they would like to free up some of the CPC monies to be able to get into the pool for grant monies. This would be for housing development on that Richardson Property on Bridge Street. It appears they would need ¼ of the (3Million) monies to be eligible for the grant. Owning the land is beneficial and works in favor for Dracut Housing. Mr. Cox and Mr. DiRocco stated that the Dracut Housing Authority is in need for elderly housing and the seniors deserve it as well. Mr. DiRocco noted that they have just started getting information and need additional time. He stated that he may have additional information next week after he and Mr. Cox meet with Mary and the Common Ground Development. Hopefully they will have more information at the next Selectman's meeting.

Approval of Minutes
Chairperson, Cathy Richardson stated that there are three (3) meeting of minutes that have to be approved and she would take one at a time for approval.

A Motion to approve the minutes from 07/30/2013 was made Mr. Joseph DiRocco, Jr. and seconded by Mr. John Zimini. The motion passed unanimously.

A Motion to approve the minutes from 08/13/2013 was made by Mr. Joseph DiRocco, Jr. and seconded by Mr. John Zimini. Discussion on the minutes: Mr. Tony Archinski stated that there was a request to include Mr. Blatus and the participation in extracurricular school sports and he did not see that on the minutes. The Board noted that it was included an on tonight's agenda under old business. Mr. Archinski stated that he apologizes he did not see that and Mr. Blatus is not here tonight due to his oversight. He asked if the Board would table the participation in extracurricular school sports until next week. The Board voted unanimously to table until next week under old business. The motion passed unanimously.

A Motion to approve the minutes from 08/20/2013 was made Mr. Joseph DiRocco, Jr. and seconded by Mr. John Zimini. The motion passed unanimously.

Old Business
Town Charter:
The Board discussed the changes in the Town Charter and asked Attorney James Hall to give them some input. Attorney Hall stated that there were approximately twenty (20) changes in the Charter some were just house cleaning but there are several major changes and all of this has to be review by the Board. He stated that it took two (2) years of public input to get to this stage

9

BOS Minutes
09/10/2013

and noted the importance of these changes. Chairperson Cathy Richardson stated that since there is a lot of information to review would it be advisable to designate doing 3-4 each meeting or even set a certain amount of time per meeting to go through? Attorney Hall suggests that they set an allotted time for reviewing to be able to get through all the changes in the next 3 months. This would give them another 3 months to get it to Town Meeting. The changes have to be filed with the Town Clerk then they can proceed with reviewing at the next meeting. The Board agreed unanimously to designate ½ hours per meeting until all the changes to the Charter have been addressed.

Fence Viewer Position:
The position for a fence viewer is still vacant and Mr. Piendak read the requirement/duties of this position. Anyone interested in this position can contact the Human Resource Department.

Participation in extracurricular school sports:
A motion to table until the September 24, 2013 meeting was made by Mr. Joseph DiRocco, Jr. and seconded by Mr. John Zimini. The motion passed unanimously.

Executive Session
Chairperson, Cathy Richardson said due to the hour that no executive session was needed.
Mr. Piendak noted that he came to an agreement with SEIU 888 secretarial/library contract and read the MOA to the Selectmen. Mr. Piendak is recommending that the Board approve the contract. A Motion to approve the contract from the recommendation of the Town Manager was made by Selectman Joseph DiRocco, Jr. and seconded by Selectman Tony Archinski. The motion passed unanimously.

The Board sign the minutes of the previous three meeting and the contract for SEIU 888.

The meeting adjourned at 10:08 p.m.

**BOARD OF SELECTMEN**

_____  _____
Cathy Richardson, Chair             Joseph DiRocco, Vice Chair

_____  _____
John J. Zimini                      Robert O. Cox

_____
Tony Archinski

10