UNITED STATED DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

C. A. No.:  1:14-CV-12664-IT

|  |  |
|---|---|
| CITY OF LOWELL,<br>    Plaintiff,<br><br>V.<br><br>GREATER LOWELL TECHNICAL HIGH SCHOOL, TOWN OF DRACUT, TOWN OF TYNGSBOROUGH, and TOWN OF DUNSTABLE,<br>    Defendants. | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>]<br>] |

ANSWER
OF DEFENDANT TOWN OF TYNGSBOROUGH

NATURE OF THE CASE

1. No answer required but denied as to the third sentence.

JURISDICTION AND VENUE

2. No answer required.

3. No answer required.

4. No answer required.

PARTIES

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted, but also serves students from outside the District.

## FACTS

10. Admitted.

11. Admitted.

12. Admitted

13. Admitted.

14. Admitted.

15. Admitted.

16. No answer required. The Agreement speaks for itself.

17. Admitted.

18. Neither admitted nor denied.

19. Neither admitted nor denied.

20. Admitted.

21. Admitted.

22. Neither admitted nor denied.

23. No answer required.

24. No answer required.

25. No answer required.

26. No answer required.

27. No answer required.

28. Neither admitted nor denied.

29. Neither admitted nor denied.

31. Neither admitted nor denied.

32. Neither admitted nor denied.

33. Neither admitted nor denied.

34. Neither admitted nor denied.

35. Neither admitted nor denied.

36. Neither admitted nor denied.

37. Neither admitted nor denied.

38. Neither admitted nor denied.

39. Admitted.

40. Admitted.

41. Admitted.

42. No answer required.

43. No answer required.

44. Neither admitted nor denied.

45. Admitted, but subsequently voted to adopt the appointing of committee members.

46. Neither admitted nor denied.

47. Neither admitted nor denied.

48. Denied.

49. Admitted.

## COUNT ONE

50. Tyngsborough answers as above.

51. No answer required.

52. No answer required.

53. Neither admitted nor denied.

54. Denied.

55. Denied.

## COUNT TWO

56. Tyngsborough answers as above.

57. No answer required.

58. No answer required.

59. Denied.

60. Denied.

## COUNT THREE

61. Tyngsborough answers as above.

62. Neither admitted nor denied.

63. Denied.

WHEREFORE, Tyngsborough requests that the Complaint be dismissed, or, in the alternative, requests that an order be issued that the eight members of the committee be appointed as provided by M.G.L. c. 71, § 14E.

                                                    TOWN OF TYNGSBOROUGH
                                                    By its attorney,

Dated: July 22, 2014                    /s/ Charles J. Zaroulis
                                                  Charles J. Zaroulis, Esq. (BBO #539240)
                                                  Tyngsborough Town Counsel
                                                  1565 Main Street
                                                  Building 1, Suite 1F
                                                  Tewksbury, Massachusetts 01876
                                                  Tel: 978-458-4583
                                                  Fax: 978-937-0950
                                                  Email: charles.zaroulis@verizon.net

## CERTIFICATE OF SERVICE

I, Charles J. Zaroulis, Tyngsborough Town Counsel and attorney for the Defendant Town of Tyngsborough, certify that I have this day served the foregoing Answer of Defendant Town of Tyngsborough upon the attorney for the Plaintiff City of Lowell by electronically mailing and by mailing, postage prepaid, a copy directed to:

    Christine P. O'Connor, City Solicitor
    City of Lowell Law Department
    375 Merrimack Street
    Lowell, Massachusetts 01852-5909

Dated: July 22, 2014                                    /s/ Charles J. Zaroulis
                                                              Charles J. Zaroulis, Esq.

*Tyngs/Lowell v. GLTHS & Tyngsborough Answer*