## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__City of Lowell__
            Plaintiff(s)

V.

__Greater Lowell Technical High School et al.__
            Defendant(s)

CIVIL ACTION

NO. __1:14-cv-12664-IT__

### REPORT RE: REFERENCE FOR
### ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE __Indira Talwani__

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]   On __3/6/2015__ I held the following ADR proceeding:

|        |                         |        |                           |
|--------|-------------------------|--------|---------------------------|
|        | SCREENING CONFERENCE    |        | EARLY NEUTRAL EVALUATION  |
| X      | MEDIATION               |        | SUMMARY BENCH / JURY TRIAL |
|        | MINI-TRIAL              |        | SETTLEMENT CONFERENCE     |

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ ]   Settled. Your clerk should enter a ___ day order of dismissal.

[ ]   There was progress. A further session has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[X]   Suggested strategy to facilitate settlement:

__The Court reports that the parties have agreed in principle to settle the case. The parties intends to resolve this case by the end of March 2015. The parties will file a proposed Consent Decree for Judge Talwani to approve__

__3/6/2015__                                   __/s/ Jennifer C. Boal__
DATE                                           ADR Provider